UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON WILLIE ISELI,<br><br>Petitioner,<br><br>v.<br><br>THE PEOPLE OF THE STATE OF<br>CALIFORNIA,<br><br>Respondent. | No. 2:25-cv-00664-TLN-EFB<br><br><br>**ORDER** |

Petitioner Brandon Willi Iseli ("Petitioner") proceeds without counsel in this petition for writ of habeas corpus. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 5, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 17.) Petitioner has filed objections to the findings and recommendations. (ECF No. 18.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 5, 2026 (ECF No. 17), are ADOPTED IN FULL;

2. The Petition is DISMISSED without prejudice and without leave to amend as an unauthorized second or successive petition; and

3. Petitioner's pending motions (motion to proceed in forma pauperis (ECF No. 10), motion for "early neutral evaluation conference" (ECF No. 13), and motion for early release (ECF No. 15)) are DENIED as moot.

IT IS SO ORDERED.

Date: April 10, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE